No. 96. W. E. HEDGER TRANSPORTATION CORP. *v.* IRA S. BUSHEY & SONS, INC. C. A. 2d Cir. Certiorari de-

nied. *Horace M. Gray* for petitioner. *Christopher E. Heckman* for respondent.